03-CV-02630-PET



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRIAN D. BORGELT and CHARLES N. CARR, dba BULL'S EYE SHOOTERS SUPPLY,

    Petitioners,

v.

THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

    Respondent.

NO. CV03-2630

PETITION FOR REVIEW OF AGENCY REVOCATION OF FEDERAL FIREARMS LICENSE

Come now the petitioners, Brian Borgelt and Charles N. Carr, d/b/a Bull's Eye Shooters Supply, by and through their counsel, C. James Frush of the law firm of Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP, and hereby petition this Honorable Court, pursuant to 18 U.S.C. § 925(f)(3), for judicial review by the United States District Court of the Final Notice of Revocation of Firearms License.

Petitioners hold federal firearms license No. 9-91-027-01-3E-38708, as dealers in firearms other than destructive devices, issued to Brian D. Borgelt and Charles N. Carr, dba Bull's Eye Shooters Supply, 414 Puyallup Avenue, Tacoma, Washington 98421. On or about December 4, 2002, Richard Van Loan, Director of Industry Operations for the Bureau of Alcohol, Tobacco and Firearms, provided petitioners notice of revocation of license. On or

PETITION FOR REVIEW OF REVOCATION - 1 of 2
(No. _____)
[97135 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

ORIGINAL

about December 11, 2002, petitioners requested a hearing before the Agency, pursuant to 18 U.S.C. § 923(f)(2), on the issue of revocation of license No. 9-91-027-01-3E-38708. A hearing was held at the Jackson Federal Building in Seattle, Washington, 915 Second Avenue, Room 514, on April 16, 2003. On June 27, 2003, the Bureau of Alcohol, Tobacco and Firearms, acting through Richard Van Loan, Director of Industry Operations, issued a Final Notice of Revocation of Firearms License. The federal firearms license described above was revoked effective July 25, 2003.

18 U.S.C. § 923(f)(3) provides that after the hearing held pursuant to 18 U.S.C. § 923(f)(2), "the aggrieved party may at any time within sixty days after the date notice was given under this paragraph file a petition with the United States district court for the district in which he resides or has his principal place of business for a de novo judicial review of such … revocation." Therefore, based on the foregoing, the petitioners hereby petition that this Honorable Court conduct a de novo judicial review of the revocation of federal firearms license No. 9-91-027-01-3E-38708 issued to Brian D. Borgelt and Charles N. Carr dba Bull's Eye Shooters Supply.

RESPECTFULLY SUBMITTED this 25th day of August, 2003.

> GORDON, THOMAS, HONEYWELL, MALANCA,
> PETERSON & DAHEIM LLP
>
> By _____
> C. James Frush, WSBA No. 7092
> frush@gth-law.com
> Attorneys for Petitioners

[25805-00001]

PETITION FOR REVIEW OF REVOCATION - 2 of 2
(No. _____)
[97135 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575