THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN D. BORGELT and CHARLES N. CARR, dba BULL'S EYE SHOOTERS SUPPLY,<br><br>                    Petitioners,<br><br>v.<br><br>THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS,<br><br>                    Respondent. | NO. C03-2630RSM<br><br>DESIGNATION OF RECORD FOR PETITIONERS' MOTION FOR SUMMARY JUDGMENT |

In Petitioners' Motion for Summary Judgment filed herewith, the factual recitation must include references to the factual record. The "record" in this case consists of three major groups of evidence.

This manner of reference to the record has been discussed with opposing counsel who concurs in the following nomenclature.

DESIGNATION OF RECORD FOR PETITIONERS'
MOTION FOR SUMMARY JUDGMENT - 1

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

The first group of evidence is the administrative record created at the revocation hearing on April 16, 2003 which consists of exhibits offered by both sides and the testimony of four witnesses (Inspectors Dimond, Sanchez and Sherlock, and Bull's Eye employee Deborah McCollum). The government offered Exhibits A through M and the petitioners offered Exhibits 1 through 7. This administrative record in its totality, including a transcript of the testimony and the exhibits that were offered, was filed in paper form with the Clerk's office on May 4, 2004, Docket No. 14. These items are referenced below and either cited by the particular Exhibit letter or number, or a particular person's testimony and page reference in the transcript (filed as Item 27 in the administrative record).

The second group of evidence consists of two declarations of Petitioner Borgelt filed August 9, 2007 and August 17, 2007 (Docket Nos. 36 and 37). These are cited as "Borgelt" or "Supplemental Borgelt" and a particular page.

The third group of evidence consists of grand jury testimony of Robert Akramoff, David Reinikka, Loren McKinney and Victor Marana, Jr., and a June 8, 2005 letter from Arlen Storm, Assistant United States Attorney. These documents were filed with Petitioners' Reply Memorandum on Motion for Determination of Scope and Standard of Review on June 27, 2008 under Docket No. 51. They will be cited below by reference to the individual's name and a particular page.

Lastly, Petitioners submitted additional exhibits entitled Additional Exhibits in Support of Petitioners' Motion for Summary Judgment (Docket No. 60). These will be referred to as "Additional Exhibits," with a numerical designation.

DESIGNATION OF RECORD FOR PETITIONERS'
MOTION FOR SUMMARY JUDGMENT - 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

Respectfully submitted this 10th day of April, 2009.

CABLE, LANGENBACH, KINERK & BAUER, LLP

*[signature]*

C. James Frush, WSBA No. 7092
Attorneys for Petitioners

DESIGNATION OF RECORD FOR PETITIONERS'
MOTION FOR SUMMARY JUDGMENT - 3

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

## CERTIFICATE OF SERVICE

I, Nancy J. Masterson, hereby certify under penalty of perjury under the laws of the State of Washington that on April 10, 2009, I electronically filed the foregoing DESIGNATION OF RECORD FOR PETITIONERS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further certify that, if applicable, I have served any attorneys of record who are non-CM/ECF participants via facsimile.

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

DATED at Seattle, Washington on April 10, 2009.

*[signature]*
Nancy J. Masterson

DESIGNATION OF RECORD FOR PETITIONERS'
MOTION FOR SUMMARY JUDGMENT - 4

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800