THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN D. BORGELT and CHARLES N. CARR, dba BULL'S EYE SHOOTERS SUPPLY,<br><br>        Petitioners,<br><br>v.<br><br>THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS,<br><br>        Respondent. | NO. C03-2630RSM<br><br>SECOND SUPPLEMENTAL DECLARATION OF BRIAN D. BORGELT |

I, Brian D. Borgelt, state as follows:

The government's claim that I and not Inspector Dimond was responsible for approving the failed system of filing Forms 4473, after his failed and inaccurate audit, is a lie. In a nutshell, the facts are as such: Inspector Dimond admitted soon into his audit that he had never audited a shop with our volume of inventory and sales, and that he had no idea how to go about it accurately. I gave him my support in coming up with ideas and the help and cooperation of my staff. He developed, on the spot, a computer spreadsheet, spent a month in the store working on it with a singular focus, and left with a list of "open

SECOND SUPPLEMENTAL DECLARATION
OF BRIAN D. BORGELT-1

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

dispositions" which we immediately began closing as we corrected his oversights. These oversights on his part were never thought to be anything other than normal human error - not willful, plainly indifferent, or reckless acts.

At the time, our records were kept in chronological order by date of transfer, as per ATF regulations. For obvious reasons, Inspector Dimond found this legal method of filing hard to audit. It required going back and forth from the A&D Book to the large number of archived records boxes.

Inspector Dimond and I discussed other options in regards to filing the Forms 4473, which would make future audits easier. One authorized method was called "by serial number." Inspector Dimond thought that this could not mean "by weapon serial number" since they are obviously non-sequential.

Inspector Dimond suggested that the regulation could only mean the stock number which the weapons were assigned when they were received from distributors, individuals, and manufacturers. Those were the only sequential numbers we had. I felt I had no choice but to agree with him.

This system, in theory, would mean that an auditor would only have to thumb through archived Forms 4473 and match them to the same number in the A&D Book. This required the re-filing of all Forms 4473 – tens of thousands of them.

That is where theory ended and reality took over, resulting in an expensive disaster of a system that made internal and external auditing impossible and consumed enormous resources that could have been well used elsewhere, including to comply with ATF rules.

SECOND SUPPLEMENTAL DECLARATION
OF BRIAN D. BORGELT-2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

My former company, Bull's Eye Shooter Supply, attained an extremely high rate of accuracy in regards to firearms tracking and tracing, especially for a "high volume" gun shop. We used this data on many occasions to assist law enforcement agencies in catching and prosecuting dangerous criminals. This is true also in spite of the proven yet unprosecuted felonious theft activities by key Bull's Eye employees.

After my license was revoked and when Martha Tebbenkamp (BATF) came for my records, I was personally matching open dispositions with Forms 4473 which were "lost" in the filing archive. I explained this to Agent Tebbenkamp, and she showed absolutely no interest in my rapidly shrinking "open dispositions." The government had no real interest in the disposition of these firearms, although they claim to take them so seriously, despite their claims that they are very concerned for public safety through accountability.

The government makes mention of 34 firearms which were transferred without a Form 4473. They state that Inspector Sherlock came up with the idea to search the Washington State Department of Licensing for record of their transfer, as required by state law.

This is another fabrication by the government: I came up with that idea as I was led to believe we were working together, as in the past, to achieve accountability. Inspector Sherlock merely put in the request as they needed her authority to do so; she was otherwise clueless. The carbon duplicates of these forms were stapled to the Forms 4473 and were being retrieved when Agent Tebbenkamp scooped them up and threw them into the back of her pickup truck.

SECOND SUPPLEMENTAL DECLARATION
OF BRIAN D. BORGELT-3

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

At the time of the last audit, I had just completed a full renovation of my store, with a key focus on security and accountability. In doing this, I spent a lot of time and money, building a secure back room for back-up gun inventory, with restricted employee access. I positioned the checkout counters near the entrance/exit and mandated that someone always be present at that station to see who and what was coming and going.

I bought an expensive state-of-the-art computer inventory control system to track inventory. I created dedicated departments to promote specific responsibilities. I created a position just to manage the filing of paper into that debacle of a records archive mandated by Inspector Dimond. I mandated that all employees pass a police background check and obtain a concealed pistol permit.

With 14 employees, on overlapping shifts, 360 days a year, in a growing business, I had to trust people to perform honestly in my absence, and I had to trust the findings of the BATF in their annual audits.

At no time did I ever act or give direction to act in a way that was negligent or indifferent, and always and repeatedly encouraged and demanded that my employees insure that we comply with the law and regulations.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Respectfully submitted this 19th day of June 2009.

/s/_____
Brian D. Borgelt

SECOND SUPPLEMENTAL DECLARATION
OF BRIAN D. BORGELT-4

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800